
Q<small>UARLES</small> & B<small>RADY</small> LLP
Firm State Bar No. 00443101
One South Church Avenue
Suite 1700
Tucson, AZ  85701-1621
Telephone 520.770.8700
Facsimile 520.770.2203
sboswell@quarles.com
Susan G. Boswell (#004791)

S<small>ATTERLEE</small> S<small>TEPHENS</small> B<small>URKE</small> & B<small>URKE</small> LLP
230 Park Avenue
New York, New York 10169
Phone: (212) 818-9200
Facsimile: (212) 818-9606
dgurfein@ssbb.com
maieta@ssbb.com
jregan@ssbb.com
Daniel G.Gurfein (Admitted Pro Hac Vice)
Mario Aieta (Admitted Pro Hac Vice)
James Regan (Admitted Pro Hac Vice)

Attorneys for Merrick Bank Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MERRICK BANK CORP., as assignee of CardSystems Solutions Inc.,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>SAVVIS INC.; SAVVIS COMMUNICATIONS CORPORATION,<br><br>　　　　　　　　Defendants. | Case No. 2:08-CV-2233-PHX-CKJ<br><br>Hon. Cindy K. Jorgenson<br><br>[Consolidated with<br> CASE NO. CV 07-374-TUC-CKJ and<br>2:09-CV-1088-PHX-CKJ]<br><br>**STIPULATION FOR DISMISSAL** |

It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil

Procedure, by Plaintiff and Defendants, by and through their respective counsel of record,

that the above-entitled actions (Case Nos. 4:07-CV -374-TUC-CKJ, 2:08-CV-2233-PHX-

28

1054469_1

CKJ, and 2:09-CV-1088-PHX-CKJ) have been fully and finally settled and should be dismissed with prejudice, each party to bear its own costs and attorney fees.

Dated: December 15, 2010   SATTERLEE, STEPHENS, BURKE & BURKE LLP

          By: /s/James Regan
              James Regan
              Mario Aieta
              Dan Gurfein
              Attorneys for Defendant
              MERRICK BANK CORPORATION

Dated: December 15, 2010   IRELL & MANELLA LLP

          By: /s/ Jeremiah Kelman
              Jeremiah Kelman
              Alison Plessman
              Attorneys for Defendant
              SAVVIS INC. AND SAVVIS
              COMMUNICATIONS CORPORATION