UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MERRICK BANK CORP., as assignee of CardSystems Solutions Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>SAVVIS INC.; SAVVIS COMMUNICATIONS CORPORATION,<br><br>Defendants. | Case No. 2:08-CV-2233-PHX-CKJ<br><br>Hon. Cindy K. Jorgenson<br><br>[Consolidated with CASE NO. CV 07-374-TUC-CKJ and 2:09-CV-1088-PHX-CKJ]<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

These matters having come before the Court on the parties' Stipulation for Dismissal With Prejudice, and good cause appearing therefore;

IT IS HEREBY ORDERED AND THIS COURT DOES ORDER that these actions (Case Nos. 4:07-CV -374-TUC-CKJ, 2:08-CV-2233-PHX-CKJ, and 2:09-CV-1088-PHX-CKJ) are DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney fees.

Dated this 22nd day of December, 2010.

_____
Cindy K. Jorgenson
United States District Judge